UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

    BRITTANY HYDER                 CASE NO. 20-21225-DOB
                                                      CHAPTER 13
                                                      HONORABLE DANIEL S. OPPERMAN

        DEBTOR.
_____/
LEO FOLEY, JR. (P76060)
Attorney for Debtor
2425 S. Linden Road, Suite C
Flint, MI 48532
(810) 720-4333
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

      CRAIG S. SCHOENHERR, SR., being first duly sworn, deposes and says that on August 19, 2020, a copy of Santander Consumer USA Inc.'s Response to Motion and this Proof of Service was served upon:

| | |
|---|---|
| Thomas McDonald | Leo Foley, Jr. |
| Trustee | Attorney at Law |
| 3144 Davenport | 2425 S. Linden Road, Suite C |
| Saginaw, MI 48602 | Flint, MI 48532 |

electronically pursuant to the court notice of hearing, and to those not electronically registered by first class mail.

                                                  O'REILLY RANCILIO P.C.

                                                  */s/ Craig S. Schoenherr, Sr.*

                                                  _____
                                                  CRAIG S. SCHOENHERR, SR. (P32245)
                                                  Attorney for Creditor
                                                  12900 Hall Road, Suite 350
                                                  Sterling Heights, MI  48313-1151
                                                  (586) 726-1000
                                                  ecf@orlaw.com

DATED:  August 19, 2020